IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00300-WYD-MEH

MARGARET MILLER, and
FORREST MILLER,

    Plaintiffs,

v.

STEVE HARTLEY, Warden Arkansas Valley Correctional Facility,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 12, 2012.**

    Defendant's Unopposed Motion to Vacate Final Pretrial Conference Set for January 24, 2012 [filed January 11, 2012; docket #12] is **denied** for failure to demonstrate good cause to vacate the conference in its entirety.